CLARK WALTER & SONS, INC. *v.* UNITED STATES ET AL.

No. 1404. Decided June 17, 1968.

*Howard T. Rosen* and *William J. O'Shaughnessy* for appellant.

*Solicitor General Griswold, Acting Assistant Attorney General Zimmerman,* and *Howard E. Shapiro* for the United States, and *Donald B. Kipp* and *James C. Pitney* for Western Electric Co. et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE BLACK and MR. JUSTICE FORTAS are of the opinion that probable jurisdiction should be noted and the case set for oral argument.